# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RAMON DE LEON-TORRES, ) <br> ) <br> Defendant. ) | CASE NO.: 21CR3546-JLS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the motion hearing/trial setting is continued from March 4, 2022, at 1:30 p.m. to **April 1, 2022, at 1:30 p.m.** For the reasons set forth in the joint motion, time is excludable in the interest of justice under the Speedy Trial Act.

**IT IS SO ORDERED**

Dated: February 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge